IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRIMINAL NO. 1:22CR10005-001       USA vs. James Aaron Easterling

COURT PERSONNEL:                    DEFENDANT'S COUNSEL

JUDGE: Susan O. Hickey              William O. James, Jr.
                                    (Name)
MAGISTRATE: _____          on file
                                    (Street Address or P.O. Box)
CLERK: Robin Gray
                                    (City, State, Zip Code)
RECORDER: Felisha Burson
                                    (Telephone Number)
GOVERNMENT: _____          ☑ RET   ☐ FPD   ☐ WV   ☐ CJA

INTERPRETER: _____

☐ OATH TO INTERPRETER

**INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET**

☑ Proceedings:        ☐ Initial Appearance    ☑ Arraignment and Plea
☑ Charges:   ☐ Magistrate Complaint   ☑ Information   ☐ Indictment   ☐ Superseding
☐ Rule 5 - District and case number: _____
☐ Petition on probation/supervised release
☑ Level of Offense:   ☐ Petty   ☐ Misdemeanor   ☑ Felony
☑ Defendant Appeared:   ☑ With counsel   ☐ Without counsel
☐ Waiver of Counsel executed and filed
☐ CJA 23 (financial affidavit) executed
☐ Counsel Appointed
☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate counsel
☐ Inquiry made regarding defendant's ability to read/write English language
☐ Inquiry made that defendant does not suffer from mental disease or disorder and is able to comprehend proceedings
☑ Inquiry made that defendant is not under influence of alcohol/drugs and is able to comprehend proceedings
☑ Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings
☐ Court finds that the defendant is the person named in Rule 5 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

USA vs. James Aaron Easterling

- ☑ Defendant informed of rights
- ☑ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☑ Waiver of indictment executed and filed
- ☑ Information filed
- ☐ Indictment read     ☐ substance of charge stated
- ☑ Information read    ☑ substance of charge stated
- ☐ Complaint read      ☐ substance of charge stated
- ☐ Defendant waived reading of:   ☐ indictment   ☐ information   ☐ complaint
- ☐ Rule 11(e) plea agreement disclosed on record and filed
- ☑ Plea agreement disclosed on record and filed.

DEFENDANT'S PLEA:
- ☐ Not guilty to count(s) _____
- ☑ Guilty to count(s)  1 of the Information.
- ☐ Nolo contendere to count(s) _____
- ☐ Court entered plea of not guilty for defendant

SCHEDULE SETTING:
- ☐ Preliminary hearing: _____
- ☐ Detention hearing: _____
- ☐ Revocation hearing: _____
- ☐ Trial Date: _____
- ☐ Sentencing Date: _____
- ☑ Sentencing deferred pending preparation of presentence report

MOTION DEADLINE:
- ☐ Defendant directed to file Rule 16 discovery motions with _____ days
- ☐ Government directed to file responses to motions and file its Rule 16 discovery motions within _____ days
- ☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within _____ days after government responses

BOND set at  $5,000.00 Unsecured
- ☐ Defendant released on present bond
- ☑ Defendant to make bond and be released
- ☐ Defendant remanded to custody of  the United States Marshals Service.

SPECIAL CONDITIONS OF RELEASE:
- ☑ Pretrial supervision as directed by the U.S. Probation Office
- ☑ Abide by all conditions set out in the Order Setting Conditions of Release.

Proceedings began: 9:58 a.m.
ended: 10:19 a.m.

DATE:  April 13, 2022