IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 1: 22CR-10005-SOH-1 |
| ) | |
| JAMES AARON EASTERLING ) | |

## MOTION FOR TRAVEL ORDER

Comes now the Defendant, James Aaron Easterling by and through his attorney, William O. "Bill" James, Jr., and for their motion states:

1. That Mr. Easterling has plead guilty and is on supervised release awaiting sentencing.

2. Mr. Easterling is requesting authorization to travel for the Independence Day weekend. Mr. Easterling, with the Court's approval, is planning a camping trip to Heber Springs, Arkansas.

3. Mr. Easterling will be leaving Friday, July 1, 2022, and returning on Monday, July 4, 2022.

4. While in Heber Springs, Mr. Easterling will be camping with Jordan Harris, Nathan Phillips and Zac Griffith at the Dam Site Campground, Site #J19, located 315 Heber Springs Rd. N, Heber Springs, AR 72543.

5. Mr. Easterling's supervising officer Kameron Blevins is aware of this request and is agreeable.

**WHEREFORE**, Petitioner prays that this motion for travel be granted and for all other proper relief.

        Respectfully submitted,

        William O. "Bill" James, Jr.
        Bar No. 94108
        Attorney for Defendant
        James Law Firm
        1001 La Harpe Blvd.
        Little Rock, AR 72201
        (501) 375-0900
        E-mail: wojfeds@gmail.com

Trial Version — Wondershare PDFelement

WD/AR Probation, Travel Request Form

# Travel Request Form

Travel is a privilege, not a right. You should be current with your financial payment obligations prior to requesting travel.
**Do NOT purchase non-refundable tickets prior to obtaining permission to travel.**

Kameron Blevins
**U.S. Probation Officer**

| 04/28/2022 | James Easterling | 870-703-5542 |
|---|---|---|
| Date | Name | Phone Number |

| 134 Fountain Dr | Hope | AR | 71801 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

| Savings | $200 |
|---|---|
| Source of Funds for Trip | Approx. Cost of Trip |

| Camping | Jordan Harris, Nathan Phillips, Zac Griffith |
|---|---|
| Purpose of Trip | Individuals Accompanying You |

**DESTINATION**

| 315 Heber Springs Rd N | Heber Springs | AR | 72543 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

| Cleburne | 07/01/2022 | 07/04/2022 |
|---|---|---|
| County | Departure Date | Return Date |

**ACCOMODATIONS (will be verified):**

Dam Site Camground, Site #: J19
Name

Street Address    City    State    Zip Code

Phone Number

**MODE OF TRANSPORATION:**

<u>Vehicle</u>

| 2006 Chevy Silverado | 506ZIN | Myself |
|---|---|---|
| Make & Model | Tag Number | Owner of Vehicle |

<u>Airline</u>

Name of Airline    Departing Flight #    Time of Departure    Return Flight #    Time of Return

Other Mode of Transportation (please specify):