IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                           Case No. 1:22-cr-10005

JAMES AARON EASTERLING                                        DEFENDANT

**ORDER**

      Before the Court is Defendant's Motion for Travel Order.  ECF No. 10.  Defendant is currently on supervised release while awaiting sentencing in this matter.  In the instant motion, Defendant seeks a modification to the conditions of his supervised release that would allow him to travel outside the Western District of Arkansas for a camping trip in Heber Springs, Arkansas lasting from July 1, 2022, until July 4, 2022.  Defendant states that his supervising officer, Kameron Blevins, has been informed of this request and does not object.

      Upon review, the Court finds that good cause for the motion has been shown.  Accordingly, Defendant's Motion for Travel Order (ECF No. 10) is hereby **GRANTED**.  Defendant may travel for the trip detailed in the instant motion.

      **IT IS SO ORDERED**, this 16th day of May, 2022.

                                                                          /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          Chief United States District Judge