# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

| | |
|---|---|
| **CRIMINAL NO. 1:22CR10005-001** | **USA V. JAMES AARON EASTERLING** |
| **COURT PERSONNEL:** | **APPEARANCES:** |
| **JUDGE SUSAN O. HICKEY** | **GOVERNMENT HUNTER BRIDGES** |
| **CLERK ROBIN GRAY** | **DEFENDANT WILLIAM O. JAMES (RET)** |
| **REPORTER JODI WADE** | **USPO TAMMY ALBRITTON** |

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and is sworn.

- (X) Defendant, James Aaron Easterling, placed under oath.
- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Testimony in support of defendant, James Aaron Easterling: (1) David Powers; (2) Johnny Williams.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows: **The defendant is sentenced to 18 months in the Bureau of Prisons with credit for time served in federal custody. Two (2) years of supervised release is ordered.**
- (X) While on supervised release, the defendant shall not commit any federal, state, or local crime; the defendant shall be prohibited from possessing a firearm or other dangerous device. In addition, the defendant shall not possess a controlled substance, and shall submit to drug testing in accordance with 18 U.S.C. § 3583(d). Pursuant to 18 U.S.C. § 3583(d), the defendant shall cooperate and submit to the collection of a DNA sample, if the collection of such sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000. The defendant shall comply with the standard conditions of supervised release as set out by this Court.

**CRIMINAL NO.:  1:22CR10005-001**

(X)   Defendant ordered to comply with the following special conditions of Supervised Release:

    1.   The defendant shall submit his person, residence, and/or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion of evidence of a violation of any condition of supervised release.  Failure to submit to a search may be grounds for revocation.

    2.   The defendant shall not purchase, possess, use, distribute, or administer marijuana or obtain or possess a medical marijuana card or prescription.  If the defendant is currently in possession of a medical marijuana card, he will turn it over immediately to the probation office.

(X)   Defendant ordered to pay total special assessment of $100.00, pursuant to *18 U.S.C. 3013*, for count(s) 1 of the Information, which shall be due immediately, with payment to be made to the **U.S. Clerk of Court.**

(X)   Defendant advised of appeal rights.

(X)   The court recommends confinement at Texarkana FCI.

(X)   Oral Motion to Self Report - Granted.  The defendant shall report to the designated BOP facility on April 12, 2023.  The defendant shall comply with all previously imposed conditions of release.

**DATE:  March 3, 2023**       Proceeding began:  **10:18 a.m.**
                               Proceeding ended:  **11:22 a.m.**